**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re Subpoena Issued to:*

ATTORNEY GENERAL OF THE UNITED STATES, UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA, UNITED STATES DEPARTMENT OF COMMERCE, UNITED STATES CENSUS BUREAU, SHEILA SZANYI C/O CENSUS BUREAU, CURTIS BROADWAY C/O CENSUS BUREAU, GREGG "SKIP" BAILEY C/O CENSUS BUREAU, RON JARMIN C/O CENSUS BUREAU, ROBERT SANTOS C/O CENSUS BUREAU, AND LUIS CANO C/O CENSUS BUREAU,
c/o U.S. Attorney's Office, Civil Division
601 D Street, NW
Washington, DC 20530,

*In the Civil Matter of:*

IN RE CLOUD P. CONSULTING, LLC,
305 10th St. South, Unit 3339
Arlington, VA 22202,

Plaintiff,

Case: 1:25-mc-00156
Assigned To : McFadden, Trevor N.
Assign. Date : 10/21/2025
Description: Misc.

*on removal from*
SUPER CT DOCKET NO.
2025-CAB-004887
(D.C. Super. Ct.)

**NOTICE OF REMOVAL OF SUBPOENA MATTER**

Pursuant to 28 U.S.C. § 1442(a)(1), the Attorney General of the United States, the United States Attorney for the District of Columbia, the United States Department of Commerce, the United States Census Bureau, Sheila Szanyi c/o Census Bureau, Curtis Broadway c/o Census Bureau, Gregg "Skip" Bailey c/o Census Bureau, Ron Jarmin c/o Census Bureau, Robert Santos c/o Census Bureau, and Luis Cano c/o Census Bureau (collectively, the "Agency"), by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the Agency states as follows.

1. The Agency is in receipt of a subpoena in the civil action captioned, *In re Cloud P. Consulting, LLC*, No. 2025-CAB-004887 (D.C. Super. Ct.), filed in the Superior Court for the District of Columbia, Civil Division (the "Underlying Case"). The subpoena is captioned as a "Notice of Virtual Offsite Judge in Chambers Show Cause Hearing" in conjunction with a "Petition for an Order to Perpetuate Testimony Pursuant to Rule 27 of the Superior Court Rules of Civil Procedure."

2. The Agency received the subpoena on or about September 29, 2025. A copy of the subpoena is attached hereto as Exhibit A.

3. The Agency is part of the U.S. Government. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1). *See Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 415 (D.C. Cir. 1995) (removal of subpoena matters is appropriate under 28 U.S.C. § 1442); *Houston Bus. J., Inc. v. Off. of Comptroller of Currency*, 86 F.3d 1208, 1211 (D.C. Cir. 1996) (on removal to federal court, quashing as barred by sovereign immunity a state court subpoena sent to a federal official).

4. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the subpoena described above now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: October 21, 2025  
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By: _/s/ Peter C. Pfaffenroth_
PETER C. PFAFFENROTH
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-25133

*Attorneys for the United States of America*