UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO THE ATTORNEY GENERAL OF THE UNITED STATES, et al., | Misc. No. 25-0156 (TNM) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND**

Pursuant to Fed. R. Civ. P 6(b), by and through undersigned counsel, Federal Respondents respectfully moves to extend the deadline for Defendants to respond to the petition from December 8, 2025 to January 22, 2026. The undersigned counsel reached out to Petitioner's counsel earlier today to seek their consent and position on this motion, as required under Local Civil Rule 7(m). Although Petitioner responded to the undersigned's email, he did not provide a position on the extension. The grounds for this motion are as follows.

Petitioner filed a petition , captioned, *In re Cloud P. Consulting, LLC*, No. 2025-CAB-004887 (D.C. Super. Ct.), in the Superior Court for the District of Columbia, Civil Division on July 24, 2025 (ECF No. 1-1) ("Petition"). It is styled as a "Petition for an Order to Perpetuate Testimony Pursuant to Rule 27 of the Superior Court Rules of Civil Procedure." The Petition seeks authorization to take "depositions for the purpose of perpetuating testimony in anticipation of a civil action." Pet. at 1. The Petition appears to seek permission to depose certain employees from the U.S. Census Burean and U.S. Department of Commerce and *Id.* at 2-4.  The U.S. Attorney's

Office was served with a copy of the Petition on September 29, 2025 (ECF No. 2) and timely removed the action to this Court on October 21, 2025.

There is good cause for the Court to grant the requested relief. The undersigned was only recently assigned this case. While the undersigned has just recently been assigned to this matter, counsel has already reached out to the relevant agencies to promptly gather information necessary to respond to this Petition. However, staff availability and end-of-year leave has caused delays in the agencies' ability to provide the information necessary to respond to the Petition. Furthermore, this unavailability hampers the undersigned's ability to obtain requisite review and approval of any draft response before filing it with the Court.

For these reasons, Respondents respectfully request that the Court extend the deadline for their response from December 8, 2025 to January 22, 2026.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay.  Finally, Respondents submit that granting this motion will not unduly prejudice Petitioner nor will it adversely affect this Court's orderly administration of this matter.

Dated:  December 2, 2025
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Derrick A. Petit*

Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7269
Derrick.Petit@usdoj.gov


*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO THE ATTORNEY GENERAL OF THE UNITED STATES, et al., | Misc. No. 25-0156 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Respondents' motion, for good cause shown, and the entire record herein, it is hereby

ORDERED that Respondents' motion is GRANTED; and it is further

ORDERED that the Respond shall respond to the Petition on or before January 22, 2026:

SO ORDERED:

_____         _____
Dated                                                  TREVOR N. MCFADDEN
                                                              United States District Judge